1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2
   **HALL JAFFE & CLAYTON, LLP**
3  7455 W. WASHINGTON AVENUE
   SUITE 460
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  Attorneys for Defendant,
   State Farm Mutual Automobile Insurance
7  Company

8
                       UNITED STATES DISTRICT COURT
9
                             DISTRICT OF NEVADA
10

11  FLORENCE CREW-JONES,
                                              CASE NO.: 2:11-cv-00203-GMN-RJJ
12              Plaintiff,

13  vs.

14  STATE FARM MUTUAL AUTOMOBILE         **SUBSTITUTION OF ATTORNEY**
    INSURANCE COMPANY; DOES 1 through
15  10; ROE ENTITIES 11 through 20, inclusive
    jointly and severally,
16
                Defendants.
17

18
       Defendant, State Farm Mutual Automobile Insurance Company ("State Farm") hereby substitutes
19
   V. Andrew Cass, Esq., Lewis Brisbois Bisgaard & Smith LLP, 6385 S. Rainbow Blvd., #600, Las
20
   Vegas, NV 89118, Telephone: 702-893-3383, as attorney of record in place and stead of Riley A.
21
   Clayton, Esq., Hall Jaffe & Clayton, LLP.
22

23
   DATED: 08/17/2011                          _____
24                                             Representative of State Farm Mutual
                                               Automobile Insurance Company
25
   I consent to the above substitution.
26
   DATED: 8-17-2011                           _____
27                                             Riley A. Clayton, Esq.
                                               Hall Jaffe & Clayton, LLP
28

1  I am duly admitted to practice in this District.

2  Above substitution accepted.

3  
4  DATED: _____8/17/11_____           _____
                                      V. Andrew Cass, Esq.
5                                     Lewis Brisbois Bisgaard & Smith LLP

6  Please check one: ___X___ RETAINED, or _____ APPOINTED BY THE COURT
7

8                              APPROVED:

9  DATED: __August 19, 2011__         _____
10                                    ~~UNITED STATES DISTRICT JUDGE~~
                                      United States Magistrate Judge
11

2