V. ANDREW CASS
Nevada Bar No. 005246
KRISTIN E. MEREDITH
Nevada Bar No. 011655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383
FAX: (702) 893-3789
E-Mail: cass@lbbslaw.com
E-Mail: meredith@lbbslaw.com
Attorneys for Defendant State Farm Mutual Automobile
Insurance Company ("State Farm")

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FLORENCE CREW-JONES,<br><br>   Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,<br><br>   Defendants. | Case No. 2:11-cv-00203-GMN-RJJ<br>(Consolidated with 2:11-cv-01693-JCM-CWH)<br><br>STIPULATION AND ORDER |

It is hereby stipulated between Florence Crew-Jones ("Plaintiff"), by and through her attorney, Brock N. Ohslon, Esq. of the Richard Harris Law Firm, and Defendant State Farm Mutual Auto Insurance Company ("Defendant"), by and through its attorneys, Lewis Brisbois Bisgaard & Smith LLP, that all claims in the above-entitled action against Defendant be dismissed in their entirety, with prejudice, with each party to bear its own attorney's fees and costs.

However, Plaintiff and Defendant agree that the dismissal of all claims against State Farm does not include Plaintiff's claim for sanctions against State Farm's prior defense counsel, Riley Clayton ("Clayton"), of Hall Jaffe & Clayton. Likewise, Plaintiff and Defendant agree that the dismissal of all claims against State Farm shall not deprive the

4832-3077-1726.1

1  Court of its jurisdiction to determine Plaintiff's pending motion for sanctions and/or
2  attorney's fees against Clayton.

4  DATED this __ day of December, 2011          DATED this 21 day of December, 2011
5  RICHARD HARRIS LAW FIRM                       LEWIS BRISBOIS BISGAARD & SMITH LLP

7  By: _____                 By: _____
      RICHARD HARRIS                                  V. Andrew Cass, Esq.      #10171
8     Nevada Bar No. 000505                           Nevada Bar No. 005246
      BROCK N. OHLSON                                 Kristin E. Meredith, Esq.
9     Nevada Bar No. 012262                           Nevada Bar No. 011655
      801 S. Fourth Street                            6385 South Rainbow Blvd., Suite 600
10    Las Vegas, NV 89101                             Las Vegas, Nevada 89118
      Attorneys for Plaintiff                         Attorneys for Defendant State Farm

13     **IT IS SO ORDERED** this 22nd day of December, 2011.

            _____
            Gloria M. Navarro
            United States District Judge

4832-3077-1726.1                    2