1  V. ANDREW CASS
   Nevada Bar No. 005246
2  KRISTIN E. MEREDITH
   Nevada Bar No. 011655
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   (702) 893-3383
5  FAX: (702) 893-3789
   E-Mail: cass@lbbslaw.com
6  E-Mail: meredith@lbbslaw.com
   Attorneys for Defendant State Farm Mutual Automobile
7  Insurance Company ("State Farm")

8
                    UNITED STATES DISTRICT COURT
9
                       DISTRICT OF NEVADA
10

11  FLORENCE CREW-JONES,                Case No. 2:11-cv-00203-GMN-RJJ
12                                      (Consolidated with 2:11-cv-01693-JCM-
             Plaintiff,                 CWH)
13
        v.                              STIPULATION AND ORDER
14
    STATE FARM MUTUAL AUTOMOBILE
15  INSURANCE COMPANY; DOES 1
    through 10; ROE ENTITIES 11 through
16  20, inclusive jointly and severally,

17           Defendants.

18

19        It is hereby stipulated between Florence Crew-Jones ("Plaintiff"), by and through

20  her attorney, Brock N. Ohslon, Esq. of the Richard Harris Law Firm, and Defendant State

21  Farm Mutual Auto Insurance Company ("Defendant"), by and through its attorneys, Lewis

22  Brisbois Bisgaard & Smith LLP, that all claims in the above-entitled action against

23  Defendant be dismissed in their entirety, with prejudice, with each party to bear its own

24  attorney's fees and costs.

25        However, Plaintiff and Defendant agree that the dismissal of all claims against

26  State Farm does not include Plaintiff's claim for sanctions against State Farm's prior

27  defense counsel, Riley Clayton ("Clayton"), of Hall Jaffe & Clayton.  Likewise, Plaintiff and

28  Defendant agree that the dismissal of all claims against State Farm shall not deprive the

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-3077-1726.1

1    Court of its jurisdiction to determine Plaintiff's pending motion for sanctions and/or

2    attorney's fees against Clayton.

3

4    DATED this __ day of December, 2011          DATED this 2/ day of December, 2011

5    RICHARD HARRIS LAW FIRM                      LEWIS BRISBOIS BISGAARD & SMITH
                                                  LLP
6

7    By                                           By
        RICHARD HARRIS                               V. Andrew Cass, Esq.        #10171
8       Nevada Bar No. 000505                        Nevada Bar No. 005246
        BROCK N. OHLSON                              Kristin E. Meredith, Esq.
9       Nevada Bar No. 012262                        Nevada Bar No. 011655
        801 S. Fourth Street                         6385 South Rainbow Blvd., Suite 600
10      Las Vegas, NV 89101                          Las Vegas, Nevada 89118
        Attorneys for Plaintiff                      Attorneys for Defendant State Farm
11

12

13               **IT IS SO ORDERED** this 22nd day of December, 2011.

14

15

16               Gloria M. Navarro
                 United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4832-3077-1726.1                                    2